Att: Clerk Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin Texas. 78711

PD-0947-15

8-11-15

FILED IN
COURT OF CRIMINAL APPEALS
AUG 19 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 18 2015
Abel Acosta, Clerk

Mr. Abel Acosta "Clerk"

Thank you, Your Court of Appeals Concern. Re: Extinsion of Time Due Date October 09. 205   COA. Case No. 14-14-00885-CR Ferguson Luther Karl Tr. ct No. 1423099   PD-0947-15

On this Day I Submit this Letter to the Court of Appeal Pro. Se. to wit I Fine my trial transtribs Documents. I told By my Appeal Lawyer. Thomas J. Lewis 1602 Washinson Ave. Houston Texas Ave. Houston Texas 77002 - - Tel: (713) 868-0081  Fax (713) 861-2951  July 27 2015 A Breif File and Now July 9. July I received A USPS Certified Mail. 9507 1000 1993 1592 0003 46  Twis de a Affirmed Memorandum Opinion filed July 9. 2015 No Judsment and order Lawyer States: IF You want to Proceed on Your "own" You the risht to file a Pro-se Petition for Discretionary Review Rule 48.4 of the Texas Rules of Appellate.

To the Honable Court of Appeall: I Re: Question trial transtrips to Prepare my Defense in Case Tr. ct. No. 1423099 Co A. Case No. 14-14-0085-cr  PD. 0947-15 As a Pro. se Proceedins on my own. with out Process formal Docement transtrips trial A.S. AP. Procedural Law ad jective Law, Due Process.

Page 1 of 1

I am Requesting the Court of Appeal clerk to "Order" ALL trans. Strip's trial Record, Arrigment etc. Investor Report Police Record's. 9-30-13 Complaints Stants Amendmt Evidence tape Supress Motion Evidence. Mental health 21 Day Indictments -- OR NO. 130135307 Case 1423099 and Complaint. OR NO: 13013537 Case 140324 and complaint Will help Prepare My P.D.R

Rule: 66.4 Docum to Aid Decion.

(A) Acquiring Documents. The Court of Criminal Appeals-or any on 4 Judge of the Court- May "Order" the court of Appeals clerk to promptly send the following items to the Courts in order to Aid it in Deciding whether to Grant Pro. Se Disretionay review.

(i) Appellate record: Transprit's trail
(2) and All the above.

NOte: with out this order and record My DeLine Oct 9 2015 and Petiotion for Disretionay Review will Be Entertained. NO further Extensions. Please make Note of Pro. Se Ferguson Luther. Request for help a Plea to the Court of Crimal Appeal to Asst Me.

Rule 52.11 Goundles Petition or Misleading Stateme or Record.

(B) Brinsin the Petition Solely for Delay of an Underlying Proceedings;

(C) grossly mistating or omitting an obviously misleading Because of the omission of obviously important and Material Evidence or Documents. Transtripts trail EF. Sept 1. 1997.

Granted:
Ferguson file as Pro. Se. who is No a Law Desre
who's arworded By a Law School.

In Request a Litisction Support Services ob the Cour fob Crim
Appeals. to wit: Providins assit invulved such CD's
or Transcript Tramd TranStripts trial etc. Documat
to prepare MY P.D.R Befor Ee Oct 9. 2015 [Friday]
IF Not will Need More time to Receive MY
record's transtript Pergonnal Some way.
I am INDigant and my Mother is 83th Years old who
I am Seekins God on My Return Home.


This Statement is true and Correct to my Best and
aBility my Power Neccesary skill ob Law LiBerty
and ob the Freedon of restraint. with out transtripts trail
on this Day I SuBmitt 8-11-2015 to Court Crim Appv
Austin Tx. 78711
Att:
MR. ABel ABasta Clerk.
Copy ob My Lawyen Letter to Show the transtripts
trial all etc Are held up By the Courts, him. How
can I Prepare my Case with out Documetad Facts
to Be Proven in P.D.R which I've Not receive ─ ─
183th give me 45 Year. they should given me the
transtript to Show and Somethins they are hidins.

Copy Send Back
Please- Clerk- Thank you.

LutherFeguen #1961670
Pro. se.

**THOMAS J. LEWIS**

ATTORNEY AT LAW

1602 WASHINGTON AVE.

HOUSTON, TEXAS 77007

TEL: (713) 868-0081

FAX: (713) 861-2951

TJLAW2@COMCAST.NET

July 27, 2015

Luther Karl Ferguson
TDCJ #019661670
Michael Unit F-1-24-B
2664 FM 2054
Tennessee Colony, Texas 75886

Re:    **Luther Karl Ferguson v. State of Texas.**
No. 14-14-00885-CR; 14th Court of Appeals.

Dear Mr. Ferguson:

This is in reply to your recent letter.

The law does not require me to give you a complete trial record. You are mistaken about this. I have offered to send the CD to a family member of your choice but you have not given me a name and address. Alternatively, you can request a copy from the District Clerk, 1200 Franklin St., Houston TX 77002.

*Copy* *"* *Transcript, trial,*
*Denial.*

*Send this*
*Back.*

Very truly yours,

Thomas J. Lewis

FILE.
VIA REGULAR MAIL

*Send Back.*

*P.S. Need to work on these*
*two Indictment were.*
*Change Before trial.*

Court of crim Appeal
Austin.

My copy's
Send
Back.

STATE OF TEXAS

LUTHER FERGUSON
339 LINDA VISTA
HOUSTON, TX 77028

0071410 9
2014
SPN: 44109 0071
DOB: 1/23/1966
DATE PREPARED: 3/30/2014

wrong SP#

Old Date 9-30-13

D.A. LOG NUMBER: 2046019
CJIS TRACKING NO.: 9169196958D001
BY: TF DA NO: 2600467
AGENCY: SHERIFF'S DEPARTMENT
HARRIS COUNTY
O/R NO: 130135307
ARREST DATE: 9/30/2013

Re-Indicted with the Same Arrest Date.
Change of name. # Old Jw

NCIC CODE: 220205                    RELATED CASES:
FELONY CHARGE:  BURGLARY OF HABITATION
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 183
FIRST SETTING DATE: 4/3/2014

1423099  wrote
# New
Case No In

BAIL: NO BOND
PRIOR CAUSE NO: 1403243

RID

Jason Walker

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LUTHER KARL FERGUSON**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 30, 2013**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by **WILLIAM EDWARD GARCIA** a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Jason Walker Name Change to correct the prior cases

Before the commission of the offense alleged above, (hereafter styled the primary offense), on JUNE 26, 1986, in Cause Number 429997, in the 185TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of MURDER.

Before the commission of the primary offense, and after the conviction in Cause Number 429997 was final, the Defendant committed the felony of UNLAWFULLY CARRYING A WEAPON and was finally convicted of that offense on JANUARY 20, 1995, in Cause Number 941898, in the 338TH DISTRICT COURT of HARRIS County, Texas.

Exhibit #3

3.

New Indictment with the Change of Name. From 6 month ago Jason Walker
William Edward Garcia Jr

**FILED**
Chris Daniel
District Clerk

MAR 31 2014

Time: 1335
Harris County, Texas
By _____ Ac
Deputy

Art. 21.21.
See No Attorns Officels

AGAINST THE PEACE AND DIGNITY OF THE STATE. Sign.

Foreman          263rd

_____
FOREMAN OF THE GRAND JURY

Facrads
Stam

No Sign

INDICTMENT

00714104

*Court of Appeal Houston.*  *my copy Send Back*

THE STATE OF TEXAS
VS

LUTHER KARL FERGUSON
7339 LINDA VISTA
HOUSTON, TX 77028

<u>00714109</u>

SPN.
DOB: BM 1-23-1966
DATE PREPARED: 9/30/2013

D.A. LOG NUMBER:1997425
CJIS TRACKING NO. 9169196958-A001
BY. GU DA NO: 002600467
AGENCY:SHF
O/R NO: 130135307
ARREST DATE: 9-30-2013

NCIC CODE: 2202 05

RELATED CASES

FELONY CHARGE· BURGLARY OF A HABITATION
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO·          1403243
FIRST SETTING DATE·                              183

BAIL $NO BOND
PRIOR CAUSE NO

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **LUTHER KARL FERGUSON**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 30, 2013**, did then and there unlawfully with intent to commit theft, enter a habitation owned by **JASON WALKER**, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind

Before the commission of the offense alleged above, (hereafter styled the primary offense), on AUGUST 20, 1987, in Cause Number 2429997, in the 185TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of MURDER.

Before the commission of the primary offense, and after the conviction in Cause Number 042997 was final, the Defendant committed the felony of UNLAWFUL CARRYING A WEAPON and was finally convicted of that offense on MAY 23, 1999, in Cause Number 941898 1, in the 338TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

SEP 30 2013
2014

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on September 30, 2013

AFFIANT

ASSISTANT DISTRICT ATTORNEY     BAR NO
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

For Official Governmental Use Only Do Not Disseminate to the Public 57567174 - Page

ex D
1 q2